UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2003 MAR 28  P 4: 26

BY DEPUTY CLERK

| | | |
|---|---|---|
| GURNEY K. ALFRED | * | CIVIL ACTION NO. 03-244 |
| | * | |
| versus | * | JUDGE B |
| | * | |
| THE HOME DEPOT, INC. | * | MAGISTRATE 2 |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Home Depot U.S.A., Inc. ("Home Depot") (improperly identified in Plaintiff's Petition as The Home Depot, Inc.), who hereby gives notice of the removal pursuant to 28 U.S.C. § 1441 of the action entitled and docketed *Gurney K. Alfred v. The Home Depot, Inc.*, No. 502,352, Division 26, 19th Judicial District Court, East Baton Rogue, Louisiana, to the United States District Court for the Middle District of Louisiana, and respectfully state the following basis for removal:

1.

On December 11, 2002, Gurney K. Alfred ("Plaintiff") filed the action described above in the 19th Judicial District Court, East Baton Rouge, Louisiana, against Home Depot. In his Petition, Plaintiff erroneously identified Home Depot as The Home Depot, Inc.

### DIVERSITY JURISDICTION

2.

Plaintiff alleges that he is a resident of Baton Rouge, Louisiana.

3.

Home Depot, the employer Defendant, is a corporation formed under the laws of Delaware with its principal place of business in Atlanta, Georgia.

{B0227912.1}

| INITIALS | DOCKET# |
|---|---|
| dcp | 1 |

JP

4.

Home Depot was served with the petition on March 13, 2003, through its agent for service of process, CT Corporation in Baton Rouge, Louisiana.

5.

Plaintiff and Home Depot are citizens of different states. The amount in controversy exceeds $75,000 exclusive of interest and costs.

## FEDERAL QUESTION JURISDICTION

6.

In the Petition, Plaintiff contends that he was wrongfully and maliciously discharged from his employment with Home Depot in violation of federal and state laws of the United States of America and State of Louisiana. *See* Exhibit "A", ¶ 5.

7.

Plaintiff further contends in the Petition that his termination was based on his race in violation of federally protected and state based rights. *See* Exhibit "A", ¶ 9.

## REMOVAL IS PROPER

8.

Original jurisdiction of this matter exists under both 28 U.S.C. §§ 1331 and 1332, and thus, this case is removable under 28 U.S.C. § 1441(b) and/or (c).

10.

Venue is proper in the United States District Court for the Middle District of Louisiana.

11.

Home Depot was served with the Petition on March 13, 2003; therefore, the time within which Home Depot is required to file this Notice of Removal in order to remove this matter has not expired.

12.

This Court may exercise supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. 1367 because the claims are "so related to claims" within this Court's original federal question jurisdiction "that they form part of the same case or controversy."

13.

Home Depot certifies that written notice of the filing of this Notice of Removal will be promptly given to Plaintiff, and to the Clerk of Court of the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana, and that a certified copy of the record is attached to this Notice of Removal as Exhibit "A".

WHEREFORE, Defendant, Home Depot respectfully requests that this Notice of Removal be accepted as good and sufficient, that the action entitled and docketed *Gurney K. Alfred v. The Home Depot, Inc.*, No. 502,352, Division 26, 19th Judicial District Court, East Baton Rogue, Louisiana, be removed to the Unites States District Court for the Middle District of Louisiana, and that this Court enter all orders and issue all process necessary to proceed with this action as if originally commenced in this Court.

Respectfully submitted,

_____
Cornelius R. Heusel, T.A. (#06849)
Antonio D. Robinson (#25852)
**Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8015

*Attorneys for Defendant, Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record by United States mail, postage prepaid and properly addressed, on this 28th day of March 2003.

_____
Antonio D. Robinson

{B0227912.1}               4

2 21 600 6 9 8 0 6

COST OK Amt. 106.60
Ck # 1821

**SEC. 26**

| | |
|---|---|
| GURNEY K. ALFRED | SUIT NO.: 502,352  DIV.: 26 |
| DEC 1 1 2002 | 19TH JUDICIAL DISTRICT COURT |
| BY BS | |
| VERSUS  DY. CLERK OF COURT | PARISH OF EAST BATON ROUGE |
| THE HOME DEPOT, INC. | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION FOR DAMAGES FOR WRONGFUL DISCHARGE
AND DETRIMENTAL RELIANCE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The petition of Gurney K. Alfred, respectfully represents:

1.

Petitioner is a resident of East Baton Rouge Parish, Louisiana.

2.

Made defendants herein are:

a.  The Home Depot, Inc., a foreign corporation domiciled in Wilmington, Delaware and having its principal place of business located at: 2727 PACES FERRY RD., ATLANTA, GA 30339, with The Home Depot, Inc. 2727 Paces Ferry Road, Atlanta, GA 30339 as its authorized agent for service of process.

3.

The defendant is indebted unto your petitioner, Gurney K. Alfred, in an amount that is just and reasonable in the premises, with legal interest thereon from date of judicial demand until paid for the reasons hereinafter set forth.

4.

On or about December 11, 2001, your petitioner, Gurney K. Alfred was employed by the defendant, The Home Depot, Inc. at its Store Number 370 located on Highland Road, Baton Rouge, Louisiana.

5.

On this date, petitioner, Gurney K. Alfred was wrongfully and maliciously discharged from his employment with the defendant in violation of federal and state laws of the United States of America and the State of Louisiana.



EXHIBIT A

REC'D C.P.
DEC 1 3 2002

6.

Employee(s) of the defendant terminated petitioner in retaliation for information provided to his superiors relative to insubordination of a co-worker of petitioner which petitioner was assured by his superiors that no retaliation would be had against him.

7.

Petitioner relied to his detriment that in providing such information to his superiors that no adverse action would be taken against him.

8.

Petitioner asserts that he is the recipient of disparate employment practices by the defendant in that persons have received less severe reprimand for actions of having greater consequence than any conduct by the petitioner.

9.

Petitioner further asserts that the unlawful employment practices of the defendant which resulted in his termination were acts which were discrimination based due to petitioner's race in violation of petitioner's federally protected and state based rights.

10.

As a result of the aforesaid accident, petitioner, Gurney K. Alfred, sustained the following damages:

    a.    Mental pain and suffering, past and future;

    b.    Physical pain and suffering, past and future;

    c.    Loss of wages, past and future;

    d.    Other damages to be shown at the trial of this matter or that this Honorable Court deems just and equitable.

11.

Petitioner desires and is entitled to a trial by jury on all issues.

12.

Petitioner respectfully request written notice ten days in advance of the date fixed for trial on hearing on any exception, motion, rule or trial on the merits in the above captioned proceeding pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, and immediate notice of all interlocutory and final orders and judgment on any exceptions motions, rules or trial on the merits in the captioned proceedings.

WHEREFORE, PETITIONER PRAYS:

1. For service and citation upon the defedants.

2. After due proceedings had, there be judgment in favor of petitioner, Gurney K. Alfred, and against the defendant, in an amount that is just and reasonable in the premises together with legal interest thereon from date of judicial demand until paid and all costs of there proceedings.

3. For trial by jury on all issues.

4. For all general and equitable relief.

RESPECTFULLY SUBMITTED,

*Gurney K. Alfred*

GURNEY K. ALFRED
(IN PROPER PERSON)
223 CRESTVIEW AVENUE
BATON ROUGE, LOUISIANA 70807

**PLEASE *HOLD* SERVICE:**

CERTIFIED TRUE COPY
98-07858

19TH JUDICIAL
EAST BATON ROUGE PARISH
FILED
02 DEC 11 PM 4:42
DEPUTY CLERK OF COURT FOR
DOUG WELBORN
CLERK OF COURT E B R PARISH

CIVIL

☐ 11-
☐ 12-
☐ 13-
☐ 14-
☐ 15-
☐ 16-
☐ 17-
☐ 18-
☐ 19-
☐ 20-

CERTIFIED
TRUE COPY

MAR 27 2003

BY _____
       DEPUTY CLERK

| | |
|---|---|
| GURNEY K. ALFRED | SUIT NO.: 502,352 |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF EAST BATON ROUGE |
| THE HOME DEPOT, INC. | STATE OF LOUISIANA |

**SEC. 26**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION FOR DAMAGES FOR WRONGFUL DISCHARGE AND DETRIMENTAL RELIANCE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The petition of Gurney K. Alfred, respectfully represents:

1.

Petitioner is a resident of East Baton Rouge Parish, Louisiana.

2.

Made defendants herein are:

a. The Home Depot, Inc., a foreign corporation domiciled in Wilmington, Delaware and having its principal place of business located at: 2727 PACES FERRY RD., ATLANTA, GA 30339, with The Home Depot, Inc. 2727 Paces Ferry Road, Atlanta, GA 30339 as its authorized agent for service of process.

3.

The defendant is indebted unto your petitioner, Gurney K. Alfred, in an amount that is just and reasonable in the premises, with legal interest thereon from date of judicial demand until paid for the reasons hereinafter set forth.

4.

On or about December 11, 2001, your petitioner, Gurney K. Alfred was employed by the defendant, The Home Depot, Inc. at its Store Number 370 located on Highland Road, Baton Rouge, Louisiana.

5.

On this date, petitioner, Gurney K. Alfred was wrongfully and maliciously discharged from his employment with the defendant in violation of federal and state laws of the United States of America and the State of Louisiana.

6.

Employee(s) of the defendant terminated petitioner in retaliation for information provided to his superiors relative to insubordination of a co-worker of petitioner which petitioner was assured by his superiors that no retaliation would be had against him.

7.

Petitioner relied to his detriment that in providing such information to his superiors that no adverse action would be taken against him.

8.

Petitioner asserts that he is the recipient of disparate employment practices by the defendant in that persons have received less severe reprimand for actions of having greater consequence than any conduct by the petitioner.

9.

Petitioner further asserts that the unlawful employment practices of the defendant which resulted in his termination were acts which were discrimination based due to petitioner's race in violation of petitioner's federally protected and state based rights.

10.

As a result of the aforesaid accident, petitioner, Gurney K. Alfred, sustained the following damages:

   a.   Mental pain and suffering, past and future;

   b.   Physical pain and suffering, past and future;

   c.   Loss of wages, past and future;

   d.   Other damages to be shown at the trial of this matter or that this Honorable Court deems just and equitable.

11.

Petitioner desires and is entitled to a trial by jury on all issues.

12.

Petitioner respectfully request written notice ten days in advance of the date fixed for trial on hearing on any exception, motion, rule or trial on the merits in the above captioned proceeding pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, and immediate notice of all interlocutory and final orders and judgment on any exceptions motions, rules or trial on the merits in the captioned proceedings.

WHEREFORE, PETITIONER PRAYS:

1. For service and citation upon the defedants.

2. After due proceedings had, there be judgment in favor of petitioner, Gurney K. Alfred, and against the defendant, in an amount that is just and reasonable in the premises together with legal interest thereon from date of judicial demand until paid and all costs of there proceedings.

3. For trial by jury on all issues.

4. For all general and equitable relief.

RESPECTFULLY SUBMITTED,

*Gurney K. Alf*

**GURNEY K. ALFRED**
**(IN PROPER PERSON)**
**223 CRESTVIEW AVENUE**
**BATON ROUGE, LOUISIANA 70807**

**PLEASE *HOLD* SERVICE:**



3 0 3 1 2 2 2 5 0 0

TO CLERK OF COURT COST OK Amt. 60.00
Rec 43240
MAR 10 2003
BY ℮m
DY. CLERK OF COURT

SUIT NO.: 502352 DIV.: 26
19th JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

PLEASE PROCEED WITH SERVICE OF SUIT NO. 502352 TO
THE HOME DEPOT, THROUGH ITS AUTHORIZED AGENT FOR SERVICE;
CT. CORPORATION SYSTEM
8550 UNITED PLAZA BOULEVARD
BATON ROUGE, LA 70809

POSTED
MAR

RESPECTFULLY SUBMITTED;

Gurney K. Alfred

GURNEY K. ALFRED

CERTIFIED TRUE COPY
98-080216
Elaine Mocle
DEPUTY CLERK OF COURT

CERTIFIED
TRUE COPY
MAR 27 2003
BY _____
DEPUTY CLERK

REC'D C.P.
MAR 11 2003

03 9TATI0N 2 5 6 0

Form C 002.

| | |
|---|---|
| GURNEY K. ALFRED | No: C 502352 Div: 26 |
| vs                    Plaintiff | 19th JUDICIAL DISTRICT COURT |
| THE HOME DEPOT, INC. | PARISH OF EAST BATON ROUGE |
|                      Defendant | STATE OF LOUISIANA |

TO:  The Home Depot
     thru its Authorized Agent for service:
     CT Corporation System

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition.*  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by attorney **GURNEY K. ALFRED** on behalf of **GURNEY K. ALFRED**.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on the **12th** day of **March, 2003**.

By: _____
    Deputy Clerk of Court
    Doug Welborn, Clerk of Court

**A TRUE COPY**
MAR 27 2003
_____
DY. CLERK OF COURT

* Also attached are the following documents:

### SERVICE INFORMATION

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served the above named party as follows:

**PERSONAL SERVICE:** on the party herein named at _____.

**DOMICILIARY SERVICE:** on the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile at _____.

**SECRETARY OF STATE:** by tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this _____ day of _____, 20____.

SERVICE:  $_____
MILEAGE:  $_____            _____
TOTAL:    $_____                    Deputy Sheriff
                                 Parish of East Baton Rouge, Louisiana